IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff-Respondent, | ) | Case Nos.   CV-06-479-E-BLW |
| | ) | CR-04-148-E-BLW |
| v. | ) | CR-98-75-E-BLW |
| | ) | |
| GUY DEAN NEVADA, SR., | ) | **JUDGMENT** |
| | ) | |
| Defendant-Movant. | ) | |

Based upon the Court's Order filed herewith, IT IS HEREBY ORDERED AND ADJUDGED that the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (Docket No. 1 in CV-06-479-E-BLW) filed by GUY DEAN NEVADA, SR. is DENIED and Case No. CV-06-479-E-BLW is DISMISSED with prejudice.

DATED:  **June 4, 2007**

Honorable B. Lynn Winmill
Chief U. S. District Judge

**Judgment - 1**